753 A.2d 1148

IN THE MATTER OF MARC J. MALFARA,
AN ATTORNEY AT LAW.

July 12, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 98–482 concluding that **MARC J. MALFARA** of

**BLACKWOOD,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to reduce basis of fee to writing), *RPC* 1.16(d) (failure to return client file and/or to otherwise protect client's interest on termination of representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice respondent should submit proof of his psychological fitness to practice law;

And good cause appearing;

It is ORDERED that **MARC J. MALFARA** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective August 1, 2000; and it is further

ORDERED that prior to reinstatement to practice, respondent shall demonstrate by competent proof that he is psychologically fit to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.